SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
==================================X
VONLYN BELGRAVE,

Plaintiff,

-against-

MAHMOUD GULED KHADAR, GKM TRANSPORT LLC, AMAZON.COM SERVICES, LLC, and AMAZON.COM, INC.,

Defendants.
===================================X

Index: 508818/2024

**SUPPLEMENTAL SUMMONS**

Plaintiff designates KINGS as place of trial

The basis of the venue is: Situs of occurrence

TO THE ABOVE NAMED DEFENDANTS:

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, to, if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
August 1, 2024

The nature of this action is for injuries sustained as a result of the defendants' negligence.
The relief sought is monetary damages.

**ELEFTERAKIS, ELEFTERAKIS & PANEK**

---------------------------------------------
BY: NICHOLAS ELEFTERAKIS, ESQ.
*Attorneys for Plaintiff*
80 Pine Street, 38th Floor
New York, N.Y. 10005
(212) 532-1116

**Failure to respond, a judgment will be against you, by default and interest from November 21, 2023.**

Defendants:
MAHMOUD GULED KHADAR
857 Rothrock Drive
Galloway, Ohio 43119

Case 1:24-cv-08122-DG-TAM Document 1-1 Filed 11/22/24 Page 2 of 21 PageID #: 9

GKM TRANSPORT LLC
5741 Lakewell Ct
Galloway, Ohio 43119

GKM TRANSPORT LLC
857 Rothrock Drive
Galloway, Ohio 43119

AMAZON.COM SERVICES, LLC
2121 7th Avenue
Seattle, WA 98121

AMAZON.COM SERVICES, LLC
C/O Corporation Service Company
80 State Street
Albany, NY 12207-2543

AMAZON.COM, INC.
2121 7th Avenue
Seattle, WA 98121

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
=================================X

Index: 508818/2024

VONLYN BELGRAVE,

Plaintiff,

**AMENDED VERIFIED COMPLAINT**

-against-

MAHMOUD GULED KHADAR, GKM TRANSPORT LLC, AMAZON.COM SERVICES, LLC, and AMAZON.COM, INC.,

Defendants.
=================================X

Plaintiff, by his attorneys, ELEFTERAKIS, ELEFTERAKIS & PANEK, as and for his Amended Verified Complaint, respectfully alleges, upon information and belief:

AS AND FOR A FIRST CAUSE OF ACTION

1. The plaintiff, **VONLYN BELGRAVE**, at all times herein mentioned was and still is a resident of the State of New York.

2. The defendant, **MAHMOUD GULED KHADAR**, at all times herein mentioned was and still is a resident of the State of New York.

3. That at all of the times hereinafter mentioned, and upon information and belief, the defendant, **GKM TRANSPORT LLC**, was a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York.

4. That at all the times hereinafter alleged, and upon information and belief, Defendant, **GKM TRANSPORT LLC**, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

5. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **GKM TRANSPORT LLC**, maintained a principal place of business in the State of New York.

6. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **GKM TRANSPORT LLC**, conducted and carried on business in the State of New York.

7. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **GKM TRANSPORT LLC**, transacted business within the State of New York.

8. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **GKM TRANSPORT LLC**, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

9. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **GKM TRANSPORT LLC**, expected or should have reasonably expected its acts to have consequences in the State of New York.

10. That at all of the times hereinafter mentioned, and upon information and belief, the defendant, **AMAZON.COM SERVICES, LLC**, was a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York.

11. That at all the times hereinafter alleged, and upon information and belief, Defendant, **AMAZON.COM SERVICES, LLC**, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

12. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES, LLC**, maintained a principal place of business in the State of New York.

13. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES, LLC**, conducted and carried on business in the State of New York.

14. That at all of the times hereinafter mentioned, and upon information and belief,

Defendant, **AMAZON.COM SERVICES, LLC**, transacted business within the State of New York.

15. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES, LLC**, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

16. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES, LLC**, expected or should have reasonably expected its acts to have consequences in the State of New York.

17. That at all of the times hereinafter mentioned, and upon information and belief, the defendant, **AMAZON.COM INC.**, was a domestic corporation duly organized and existing under and by virtue of the Laws of the State of New York.

18. That at all the times hereinafter alleged, and upon information and belief, Defendant, **AMAZON.COM INC.**, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

19. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM INC.**, maintained a principal place of business in the State of New York.

20. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM INC.**, conducted and carried on business in the State of New York.

21. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM INC.**, transacted business within the State of New York.

22. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM INC.**, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

23. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM INC.**, expected or should have reasonably expected its acts to have consequences in the State of New York.

24. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR**, owned a certain automobile with license plate PWY0841 as issued by the State of Ohio.

25. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** was the lessee of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

26. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** was the lessor of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

27. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** maintained a certain automobile with license plate PWY0841 as issued by the State of Ohio.

28. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio.

29. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated a certain automobile with license plate PWY0841 as issued by the State of Ohio.

30. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio with consent of its owner.

31. On or about November 21, 2023, defendant, **GKM TRANSPORT LLC**, owned a certain automobile with license plate PWY0841 as issued by the State of Ohio.

32. On or about November 21, 2023, defendant, **GKM TRANSPORT LLC,** was the lessee of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

33. On or about November 21, 2023, defendant, **GKM TRANSPORT LLC,** was the lessor of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

34. On or about November 21, 2023, defendant, **GKM TRANSPORT LLC,** maintained a certain automobile with license plate PWY0841 as issued by the State of Ohio.

35. On or about November 21, 2023, defendant, **GKM TRANSPORT LLC,** controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio.

36. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio with consent of its owner defendant, **GKM TRANSPORT LLC.**

37. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio during the course of his employment with defendant, **GKM TRANSPORT LLC.**

38. On or about November 21, 2023, defendant, **AMAZON.COM SERVICES, LLC**, owned a certain automobile with license plate PWY0841 as issued by the State of Ohio.

39. On or about November 21, 2023, defendant, **AMAZON.COM SERVICES, LLC,** was the lessee of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

40. On or about November 21, 2023, defendant, **AMAZON.COM SERVICES, LLC,** was the lessor of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

41. On or about November 21, 2023, defendant, **AMAZON.COM SERVICES, LLC,** maintained a certain automobile with license plate PWY0841 as issued by the State of Ohio.

42. On or about November 21, 2023, defendant, **AMAZON.COM SERVICES, LLC,** controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio.

43. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio with consent of its owner defendant, **AMAZON.COM SERVICES, LLC.**

44. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio during the course of employment with defendant, **AMAZON.COM SERVICES, LLC.**

45. On or about November 21, 2023, defendant, **AMAZON.COM INC.**, owned a certain automobile with license plate PWY0841 as issued by the State of Ohio.

46. On or about November 21, 2023, defendant, **AMAZON.COM INC.,** was the lessee of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

47. On or about November 21, 2023, defendant, **AMAZON.COM INC.,** was the lessor of a certain automobile with license plate PWY0841 as issued by the State of Ohio.

48. On or about November 21, 2023, defendant, **AMAZON.COM INC.,** maintained a certain automobile with license plate PWY0841 as issued by the State of Ohio.

49. On or about November 21, 2023, defendant, **AMAZON.COM INC.,** controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio.

50. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio with consent of its owner defendant, **AMAZON.COM INC.**

51. On or about November 21, 2023, defendant, **MAHMOUD GULED KHADAR,** operated, maintained and controlled a certain automobile with license plate PWY0841 as issued by the State of Ohio during the course of employment with defendant, **AMAZON.COM INC.**

52. At all times hereinafter mentioned, the roadway known as Linwood Street at or near its intersection with Wortman Avenue in Kings County, State of New York, was a public roadway and thoroughfare in common use by the residents of the State of New York, and others.

53. That on November 21, 2023, the plaintiff, **VONLYN BELGRAVE**, was the driver in a motor vehicle with license plate KNW4544 as issued by the State of New York at the location hereinafter described.

54. That on November 21, 2023, at the aforesaid location, the defendants' motor vehicle came in contact with plaintiff's motor vehicle.

55. That the aforesaid accident and injuries resulting therefrom were due solely and wholly as a result of the careless, reckless, wrongful, willful and negligent manner in which the defendant, **MAHMOUD GULED KHADAR**, operated and controlled their motor vehicle, without this plaintiff, **VONLYN BELGRAVE**, in any way contributing thereto.

56. That by reason of the foregoing and the negligence of the defendants, the Plaintiff, **VONLYN BELGRAVE** was severely injured, bruised and wounded, some of which injuries are permanent in nature and duration, suffered, still suffers and will continue to suffer for some time physical pain and bodily injuries and became sick, sore, lame and disabled and so remained for a considerable length of time.

57. That by reason of the foregoing, the Plaintiff, **VONLYN BELGRAVE**, was compelled and did necessarily require medical aid and attention, and did necessarily pay and become liable for medicines and upon information and belief, the Plaintiff will necessarily incur similar expenses.

58. That by reason of the foregoing, the Plaintiff, **VONLYN BELGRAVE**, has been and will be unable to attend to his usual occupation in the manner required.

59. The aforesaid accident was due solely as a result of the defendants' negligence, gross negligence, recklessness, and carelessness in the operation of said vehicle.

60. By reason of the foregoing, the Plaintiff was caused to suffer severe and serious personal injuries to mind and body, and further, that the Plaintiff was subjected to great physical pain and mental anguish.

61. That by reason of the wrongful, reckless, negligent and unlawful actions of the defendants, as aforesaid, the Plaintiff, **VONLYN BELGRAVE**, sustained serious injuries as defined in Section 5102 (d) of the Insurance Law of the State of New York, and has sustained economic loss greater than basic economic loss as defined in Section 5102 of the said Insurance Law.

62. That Plaintiff, **VONLYN BELGRAVE**, is a 'covered person' as defined by section 5102 (j) of the Insurance Law of the State of New York.

63. That Plaintiff is entitled to recover for non-economic loss and for such economic losses as are not included within the definition of 'basic economic loss' as set forth in section 5102(a) of the Insurance Law of the State of New York.

64. That Plaintiff is entitled to recovery for non-economic loss and for all economic losses sustained.

65. This action falls within one or more of the exceptions set forth in Section 1602 of the Civil Practice Law and Rules.

66. That pursuant to CPLR Section 1602(2) (iv), Defendants are liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic loss, irrespective of the provisions of the CPLR Section 1601, by reason of the fact that Defendants owed Plaintiff a non-delegable duty of care.

67. That pursuant to CPLR Section 1602(7), Defendants are liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic loss, irrespective of the provisions of the CPLR Section 1601, by reason of the fact that Defendants acted with reckless disregard for the safety of others.

68. That pursuant to CPLR Section 1602(6), Defendants are liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic loss, irrespective of the provisions of the CPLR Section 1601, by reason of the fact that Defendants should be held liable by reason of Defendants' use, ownership or operation of a motor vehicle.

69. That pursuant to CPLR Section 1602(2) (iv), Defendant owner is liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic loss, irrespective of the provisions of the CPLR Section 1601, by reason of the fact that said is vicariously liable for the negligent acts and omissions of Defendant operator of said vehicle.

70. Plaintiff is entitled to damages in the sum which exceeds the sum or value established by 28 USC § 1332(a) exclusive of interests and costs.

71. That by reason of the foregoing, Plaintiff, **VONLYN BELGRAVE**, was damaged in an amount which exceeds the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction herein, in an amount to be determined upon trial of this action.

AS AND FOR A SECOND CAUSE OF ACTION

72. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 71 inclusive, with the same force and effect as though more fully set forth at length herein.

73. Defendant, **MAHMOUD GULED KHADAR**, at all times hereinafter mentioned, was an agent, servant and/or employee of defendant, **GKM TRANSPORT LLC**

74. Defendant, **GKM TRANSPORT LLC,** managed the activities of its agents,

servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

75. Defendant, **GKM TRANSPORT LLC** controlled the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

76. Defendant, **GKM TRANSPORT LLC**, maintained the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

77. Defendant, **GKM TRANSPORT LLC**, inspected the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

78. Defendant, **GKM TRANSPORT LLC**, supervised the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

79. Defendant, **GKM TRANSPORT LLC**, trained its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

80. Defendant, **GKM TRANSPORT LLC**, by its agents, servants, employees, agencies and/or all departments, failed to adequately and properly test and/or screen applicants for the position of a driver.

81. Defendant, **GKM TRANSPORT LLC**, by its agents, servants, employees, agencies and/or all departments, failed to adequately and properly train their employees, specifically defendant **MAHMOUD GULED KHADAR** for the position of a driver.

82. Defendant, **GKM TRANSPORT LLC**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly hired applicants for the position of a driver specifically defendant, **MAHMOUD GULED KHADAR**.

83. Defendant, **GKM TRANSPORT LLC**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly trained employees, specifically defendant **MAHMOUD GULED KHADAR** for the position of a driver.

84. Defendant, **GKM TRANSPORT LLC**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly retained drivers, specifically, **MAHMOUD GULED KHADAR**.

85. Defendant, **MAHMOUD GULED KHADAR**, at all times hereinafter mentioned, was an agent, servant and/or employee of defendant, **AMAZON.COM SERVICES, LLC.**

86. Defendant, **AMAZON.COM SERVICES, LLC,** managed the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

87. Defendant, **AMAZON.COM SERVICES, LLC** controlled the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

88. Defendant, **AMAZON.COM SERVICES, LLC**, maintained the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

89. Defendant, **AMAZON.COM SERVICES, LLC**, inspected the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

90. Defendant, **AMAZON.COM SERVICES, LLC**, supervised the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

91. Defendant, **AMAZON.COM SERVICES, LLC**, trained its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

92. Defendant, **AMAZON.COM SERVICES, LLC**, by its agents, servants, employees, agencies and/or all departments, failed to adequately and properly test and/or screen applicants for the position of a driver.

93. Defendant, **AMAZON.COM SERVICES, LLC**, by its agents, servants, employees, agencies and/or all departments, failed to adequately and properly train their employees, specifically defendant **MAHMOUD GULED KHADAR** for the position of a driver.

94. Defendant, **AMAZON.COM SERVICES, LLC**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly hired applicants for the position of a driver specifically defendant, **MAHMOUD GULED KHADAR**.

95. Defendant, **AMAZON.COM SERVICES, LLC**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly trained employees, specifically defendant **MAHMOUD GULED KHADAR** for the position of a driver.

96. Defendant, **AMAZON.COM SERVICES, LLC**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly retained drivers, specifically, **MAHMOUD GULED KHADAR**.

97. Defendant, **MAHMOUD GULED KHADAR**, at all times hereinafter mentioned, was an agent, servant and/or employee of defendant, **AMAZON.COM INC.**

98. Defendant, **AMAZON.COM INC.,** managed the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

99. Defendant, **AMAZON.COM INC.** controlled the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

100. Defendant, **AMAZON.COM INC.**, maintained the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

101. Defendant, **AMAZON.COM INC.**, inspected the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

102. Defendant, **AMAZON.COM INC.**, supervised the activities of its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

103. Defendant, **AMAZON.COM INC.**, trained its agents, servants and/or employees, specifically defendant **MAHMOUD GULED KHADAR**.

104. Defendant, **AMAZON.COM INC.**, by its agents, servants, employees, agencies and/or all departments, failed to adequately and properly test and/or screen applicants for the position of a driver.

105. Defendant, **AMAZON.COM INC.**, by its agents, servants, employees, agencies and/or all departments, failed to adequately and properly train their employees, specifically defendant **MAHMOUD GULED KHADAR** for the position of a driver.

106. Defendant, **AMAZON.COM INC.**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly hired applicants for the position of a driver specifically defendant, **MAHMOUD GULED KHADAR**.

107. Defendant, **AMAZON.COM INC.**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly trained employees, specifically defendant **MAHMOUD GULED KHADAR** for the position of a driver.

108. Defendant, **AMAZON.COM INC.**, by its agents, servants, employees, agencies and/or all departments, carelessly, negligently and recklessly retained drivers, specifically, **MAHMOUD GULED KHADAR**.

109. By reason of the foregoing, the Plaintiff was caused to suffer severe and serious personal injuries to mind and body, and further, that the Plaintiff was subjected to great physical pain and mental anguish.

110. That by reason of the foregoing, Plaintiff, **VONLYN BELGRAVE**, was damaged in an amount which exceeds the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction herein, in an amount to be determined upon trial of this action.

**WHEREFORE**, plaintiff, **VONLYN BELGRAVE**, demands judgments against the defendants in an amount which exceeds the jurisdictional limits of all other Courts which would

otherwise have jurisdiction all together with the costs and disbursements of this action. Plaintiff seeks punitive damages. Plaintiff demands a jury trial.

Dated: New York, New York
August 1, 2024

ELEFTERAKIS, ELEFTERAKIS & PANEK

By:________________________________

Nicholas Elefterakis, Esq.
*Attorneys for Plaintiff*
80 Pine Street, 38th Floor
New York, New York 10005
(212) 532-1116

ATTORNEY'S VERIFICATION

STATE OF NEW YORK )
)
COUNTY OF NEW YORK ) SS:

The undersigned, an attorney admitted to practice in the Courts of the State of New York, and an associate of the law firm of Elefterakis, Elefterakis, & Panek attorneys of record for the claimant herein, affirms:

That he has read the attached SUPPLEMENTAL SUMMONS AND AMENDED COMPLAINT and the same is true to his own knowledge, except as to the matters alleged on information and belief, and as to those matters, he believes them to be true to the best of his knowledge.

That affirmant's sources of information are investigation and files maintained in your affirmant's law office.

That this verification is made by your affirmant due to the fact that claimant does not presently reside within the county in which your affirmant maintains his law office, or is presently outside the county in which your affirmant maintains his law office.

The undersigned affirms that the foregoing statements are true, under penalties of perjury.

Dated: New York, New York
August 1, 2024

____________________________
Nicholas Elefterakis, Esq.

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS**

---

VONLYN BELGRAVE,

Plaintiff,

-against-

MAHMOUD GULED KHADAR, GKM TRANSPORT LLC, AMAZON.COM SERVICES, LLC, and AMAZON.COM, INC.,

Defendants.

---

ELEFTERAKIS, ELEFTERAKIS & PANEK
80 Pine Street, 38th Floor
New York, New York 10005
212.532.1116

---

**Supplemental Summons and Amended Verified Complaint**

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

Nicholas Elefterakis, the undersigned, an attorney admitted to practice in the Courts of New York State, affirms the following:

I further certify that my signature below acts as a "certification" for the documents attached hereto, in compliance with section 130-1.1-a of the Rules of the Chief Administrator (22 NYCRR).

Dated: New York, New York
August 1, 2024

____________________________
Nicholas Elefterakis, Esq.

---

PLEASE TAKE NOTICE

( ) that the within is a (certified) true copy of a Notice of entered in the Office of the clerk of the within Entry named Court on

( ) that an Order of which the within is a true copy will be presented for Notice of settlement to the Hon. one of the Judges of the Settlement within named Court, on at

---

ELEFTERAKIS, ELEFTERAKIS & PANEK
80 Pine Street, 38th Floor
New York, New York 10005
212.532.1116

ATTORNEY(S) : Elefterakis, Elefterakis & Panek
INDEX # : 508818/2024
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : Supreme
COUNTY/DISTRICT : Kings

P22199012

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Vonlyn Belgrave

Plaintiff(s)

against

Mahmoud Guled Khadar, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 70 Yrs.

Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White

Hair color: Blonde Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **August 14, 2024**, at **12:53 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUPPLEMENTAL SUMMONS & AMENDED VERIFIED COMPLAINT**

on

**Amazon.Com Services, LLC**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
14th day of August, 2024

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette

**Invoice•Work Order #** 2438113
Attorney File # **22199012**

ATTORNEY(S) : Elefterakis, Elefterakis & Panek
INDEX # : 508818/2024
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : Supreme
COUNTY/DISTRICT : Kings

P22199012

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Vonlyn Belgrave

Plaintiff(s)

against

Mahmoud Guled Khadar, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 70 Yrs.

Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White

Hair color: Blonde Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **August 14, 2024**, at **12:53 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUPPLEMENTAL SUMMONS & AMENDED VERIFIED COMPLAINT**

on

**Amazon.Com Services, LLC**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
14th day of August, 2024

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette

**Invoice-Work Order # 2438113**
Attorney File # **22199012**

# AFFIDAVIT OF SERVICE

**IN THE SUPREME COURT OF THE STATE OF NEW YORK**
**IN AND FOR THE COUNTY OF KINGS**

Index Number: 508818/2024
Date Filed: __________

Plaintiff: **VONLYN BELGRAVE**
vs.
Defendant: **MAHMOUD GULED KHADAR, ETAL**

Service Documents:
AMENDED VERIFIED COMPLAINT, SUMMONS, SUPPLEMENTAL

Received by GARY'S PROCESS SERVICE, INC. on the 5th day of August, 2024 at 3:42 pm to be served on **AMAZON.COM INC C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA 98501**.

I, CAM HAINES, being duly sworn, depose and say that on the **9th day of August, 2024** at **1:21 pm, I:**

**personally delivered** at the time and place set forth above, a true and correct copy of the **AMENDED VERIFIED COMPLAINT, SUMMONS, SUPPLEMENTAL** leaving same with ELLEN JONES, CUSTOMER SERVICE ASSOCIATE, AUTHORIZED TO ACCEPT .

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'1, Weight: 130, Hair: BROWN, Glasses: Y

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. That I am a resident of Washington. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I hereby declare that the above statement is true to the best of my knowledge and the belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on 8/15/24 by the affiant who is personally known to me.

STATE OF: WA
COUNTY OF: King

NOTARY PUBLIC

SAMANTHA BLIZARD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
189541
7-06-25

**CAM HAINES**
Pierce 2123687, Place Signed
8/15/24 Renton
Date

**GARY'S PROCESS SERVICE, INC.**
**108 Wells Ave S**
**Renton, WA 98057**
**(425) 277-0302**

Our Job Serial Number: GPT-2024015391
Ref: 22199095

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a